IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARIA RAMIREZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. **3:16-CV-2699-L** |
| | § | |
| **ALLSTATE VEHICLE AND** | § | |
| **PROPERTY INSURANCE COMPANY** | § | |
| **and WOODROW WILSON, JR.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' Agreed Motion for Dismissal With Prejudice, filed July 6, 2017.  The court determines that the motion should be, and is hereby, **granted**.  Accordingly, this action and all of Plaintiff's claims against Defendants are **dismissed with prejudice**.  The parties shall bear their own costs, and any relief not specifically granted herein is **denied**.

**It is so ordered** this 7th day of July, 2017.


Sam A. Lindsay
United States District Judge


**Order of Dismissal With Prejudice - Page 1**

**AGREED:**


*/s/ Rene M. Sigman*
Rene M. Sigman
State Bar No. 24037492
THE MOSTYN LAW FIRM
3810 W. Alabama St.
Houston, TX 77027
Telephone: (713) 861-6616
Telecopy:  (713) 861-8084
rmsdocketefile@mostynlaw.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Roger D. Higgins*
Roger D. Higgins
State Bar No. 09601500
rhiggins@thompsoncoe.com
Vanessa Rosa
State Bar No. 24081769
vrosa@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:  (214) 871-8209

**ATTORNEYS FOR DEFENDANTS**

**Order of Dismissal With Prejudice - Page 2**